TO: Ruby J. Krajick, Clerk for U.S. Southern District
FROM: Drayton Carmichael
RE: Habeas Corpus Petition
Date: December 3rd, 2020

Contents:
Cover Letter (2 pgs)
Habeas Corpus Petition (10 pgs)
Exhibit "A" Uniform Sentence Papers (2 pgs)
Exhibit "B" Appellate Division Decision Order (3 pgs)
Exhibit "C" Court of Appeals Decision (2 pgs)
Exhibit "D" Seperate Memorandum of Arguments (15 pgs)

Dear Sir/Madam:
Please find the above contents, as well as my $5.00 filing fee enclosed to timely file my Habeas Corpus. If you have any questions whatsoever, please do not hesitate to contact me via mail at the return address listed on the outside of the manilla envelope.
I appreciate your time and handling of these documents.

Sincerly,
[signature]

Dear Your Honors:

This petition for Mr. Drayvon Carmichael respectfully represents the following:

The Petitioner is a citizen of the United States and prior to his detention, was a resident of the City of Highland, County of Ulster in the State of New York.

Petitioner is now and for the past 44 months has been actually unjustly and unlawfully imprisoned and restrained of his liberty and detained under color of the authority of the State of New York, in the Custody of Mark Rockwood, Superintendent of Gouveneur Correctional Facility.

The sole claim and authority by which the Superintendent of Gouveneur Correctional facility so restrains and retains your Petitioner is from a Commitment order of the Supreme Court of Dutchess County of the State of New York. A copy of said Commitment is attached hereto labeled as exhibit letter "A".

The Commitment is based upon an indictment and judgement of Conviction by a jury trial of identity theft in first degree and two counts of Criminal possession of forged instrument with a sentence of five and one half years to eleven years.

The verdict of the Jury, judgment of Conviction, and Sentence thereon, Commitment, imprisonment, and restraint of petitioner are without due process of law, and violates numerous clauses of the Fifth, Sixth, and Fourteenth Amendments of the Constitution

of the United States.

Petitioner has listed grounds with supporting facts, as well as attached a seperate memorandum containing additional arguements which enhances as well as supplements the supporting facts listed herein for each ground raised. The Petitioner respectfully appreciates your Honors time, efforts, and consideration regarding this petition.

Respectfully Submitted,

/ Petitioner (pro se)