**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DRAYVON CARMICHAEL,

                Petitioner,              20 **CIVIL** 10622 (KMK)(PED)

      -against-                       **JUDGMENT**

ANTHONY J. ANNUCCI,

                Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 10, 2023, the R&R, dated December 23, 2022, is ADOPTED in its entirety. The Petition is DISMISSED. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, see 28 U.S.C. § 2253(c)(2); Lucidore v. N.Y. State Div. of Parole, 209 F.3d 107, 111-12 (2d Cir. 2000), and the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith; accordingly, the case is closed.

**Dated:**  New York, New York
          April 10, 2023

                                                 **RUBY J. KRAJICK**

                                                 _____
                                                     **Clerk of Court**

                         **BY:**     _K. Mango_

                                                     _____
                                                     **Deputy Clerk**